UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CARLISCRIL LESTER JOHNSON, | ) | No. EDCV 11-1632-DDP(CW) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| AGENT OF RECORD, et al., | ) | |
| Respondents. | ) | |

For reasons stated below, the petition is dismissed without prejudice.

**DISCUSSION**

On October 12, 2011, Petitioner Carliscril Lester Johnson, who appears to be on parole in California, filed this pro se Petition for Writ of Habeas Corpus by a Person in State Custody (28 U.S.C. § 2254)("Petition"). Petitioner has designated a parole problem as the basis for the petition. [Petition at 2.] Although the Petition appears to raise five grounds for federal habeas corpus relief,

-1-

they are wholly unintelligible.[1] [Petition at 5-6.] Moreover, the Petition leaves blank all questions regarding the case's procedural history, including inquiries as to whether the claims asserted were previously presented on direct or collateral review in the state courts. [Petition at 2-5.]

Even construing the Petition liberally, because it does not specify what state action Petitioner seeks to challenge and because it is incomprehensible, the court cannot determine the grounds Petitioner is asserting on federal habeas review. Accordingly, the Petition is subject to summary dismissal as legally frivolous.[2]

---

[1] For example, ground one reads, in part, as follows: "Thus persistent Div of Adult parole seek as is bundant etame, thus incompetent evidence inadmissible is because it is flawed in various respect, thus false negative error as is in research a predication that an exent such as is BPH action thus delinquency coonscience shows." [Petition at 5.]

[2] Petitioner has filed multiple prior actions that have been dismissed or denied for unintelligibility and other defects. [See Case No. CV 03-9500 UA (JWJ)(in forma pauperis application denied for inadequate showing of indigency); CV 03-388 DDP (JWJ)(habeas petition summarily dismissed for unintelligiblity); CV 05-3489 DDP (JWJ)(civil rights complaint dismissed without prejudice for failure to file amended complaint naming proper defendant); CV 06-5568 DDP (JWJ)(civil rights complaint dismissed with prejudice when it "continues to be unintelligible" after two prior leaves to amend); CV 06-1088 DDP (JWJ)(habeas petition summarily denied for unintelligibility); CV 07-555 UA (JWJ)(in forma pauperis application denied as legally and/or factually patently frivolous); CV 07-560 UA (JWJ)(in forma pauperis application denied for failure to provide certified copy of trust fund statement for last six months); CV 07-2086 UA (DUTY)(in forma pauperis application denied for failure to submit accompanying complaint or petition); CV 07-102 DDP (JWJ)(habeas petition summarily dismissed for unintelligibility); CV 07-422 DDP (JWJ)(habeas petition summarily dismissed for unintelligibility); CV 07-5465 UA (JWJ)(in forma pauperis application denied as legally and/or factually patently frivolous, for unintelligibility, and repeated filings that are "utterly indecipherable"); CV 09-5600 DDP (CW)(habeas petition summarily dismissed for unintelligibility); CV 10-03 DDP (CW)(habeas petition summarily dismissed for unintelligibility).

1  See Local Rules Governing Duties of Magistrate Judges (C.D. Cal.),
2  Rule 3.2.2 (summary dismissal by presented order); Jackson v.
3  Arizona, 885 F.2d 639, 641 (9th Cir. 1989); Franklin v. Murphy, 745
4  F.2d 1221, 1228 (9th Cir. 1984); see also Quackenbush v. Tilton,
5  No. 07-CV-0413 W (WMC), 2008 WL 183710 at *7 (S.D. Cal. Jan. 18,
6  2008)(rejecting habeas petitioner's reliance on attachments to
7  present claim because the court "would have to engage in a tenuous
8  analysis in order to attempt to identify and make sense" of the
9  claim and petitioner "has failed to state facts, in the petition,
10 with sufficient detail to enable the Court to determine, from the
11 face of the petition, whether further habeas corpus review is
12 warranted")(emphasis in original).

**ORDERS:**

Accordingly, the Petition is **SUMMARILY DISMISSED**. The Clerk of the Court shall serve this Order and the Judgment on petitioner.

DATED: __March 20, 2012__

  
                                    _____  
                                          DEAN D. PREGERSON  
                                      United States District Judge  

Presented by:  
Dated:   October 17, 2011

_____  
     CARLA M. WOEHRLE  
United States Magistrate Judge

-3-