**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| CARLISCRIL LESTER JOHNSON, | ) | No. EDCV 11-1632-DDP(CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| AGENT OF RECORD, et. al, | ) | |
| | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED:_March 20, 2012__

_____
DEAN D. PREGERSON
United States District Judge