1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10                          **EASTERN DIVISION**

11

12   CARLISCRIL LESTER JOHNSON,      )      No. EDCV 11-1632-DDP(CW)
                                     )
13                  Plaintiff,       )      JUDGMENT
                                     )
14           v.                      )
                                     )
15   AGENT OF RECORD, et. al,        )
                                     )
16                  Respondents.     )
     _____)
17

18       **IT IS ADJUDGED** that the petition is dismissed without prejudice.

19

20   DATED:_March 20, 2012__

21

22                                          _____
                                                DEAN D. PREGERSON
23                                          United States District Judge

24

25

26

27

28